# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Tanisha McVey, et al.,                                          Case No. 3:19CV2389

        Plaintiffs

        v.                                                                 **JUDGMENT ENTRY**

Hearthside Food Solutions, LLC,

        Defendant

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. In light of the plaintiffs' acceptance of the Rule 68 offer of judgment (Doc. 12), defendant's motion to dismiss and/or strike (Doc. 7) be, and the same hereby is, denied as moot.

2. Because the parties have indicated that they have reached a settlement, this case be, and the same hereby is, dismissed without prejudice to reopening in the event a dispute arises as to the terms and conditions of the settlement or the consummation thereof.

3. The court retains jurisdiction to enforce the settlement.

4. Parties to provide notice to the court within forty-five days of the date of this order that all terms and conditions of the settlement have been satisfied.

So ordered.

                                                                   /s/ James G. Carr
                                                                   Sr. U.S. District Judge